No. 94–5527 (A–125).  TOEGEMANN *v.* RHODE ISLAND.  C. A. 1st Cir.  Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.  Certiorari denied.

No. 94–5580.  GERMANY *v.* WILSON ET AL.  C. A. 4th Cir. Motion of respondents for sanctions denied.  Certiorari denied.

No. 93–8257.  ALLEN *v.* ILLINOIS, 511 U. S. 1075;
No. 93–8427.  JONES *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, 512 U. S. 1239; and
No. 93–8516.  PARRIS *v.* UNITED STATES, 511 U. S. 1144.  Petitions for rehearing denied.

No. 93–8426.  HARPER *v.* INTERIOR BOARD OF LAND APPEALS, 512 U. S. 1239; and
No. 93–9298.  DAMATTA-OLIVERA *v.* UNITED STATES, 512 U. S. 1244.  Motions for leave to file petitions for rehearing denied.

OCTOBER 4, 1994

No. 93–9777.  GEARY *v.* NEVADA.  Sup. Ct. Nev.  Certiorari dismissed under this Court's Rule 46.1.